1
2
3
4

WILLIAM R. TAMAYO, REGIONAL ATTORNEY
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, STE. 500
SAN FRANCISCO, CA  94105
TEL:  (415) 625-5645
William.tamayo@eeoc.gov

5
6
7
8
9
10
11

JOHN STANLEY, SUPERVISORY TRIAL ATTORNEY
CARMEN FLORES, SENIOR TRIAL ATTORNEY
MAY CHE, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6853
Carmen.Flores@eeoc.gov

12

ATTORNEYS FOR PLAINTIFF

13
14
15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

16
17
18
19
20
21
22
23

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO.  CV-12-3117-TOR |
|---|---|
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| ROY FARMS, INC., | |
| Defendant. | |

24
25

**COMPLAINT-** Page 1 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Party ("CP") Martin Barrera, Class Members ("CMs") Ricardo Rios, Rafael Iniguez, Umberto Ortuño, Raymundo Guzman, and other similarly situated individuals who were adversely affected by such practices. The Equal Employment Opportunity Commission alleges that defendant, Roy Farms, Inc. ("Roy Farms"), subjected CP Barrera and a class of similarly situated male employees to a hostile work environment because of sex.  As a result of this discrimination, CP Barrera was constructively discharged.  Plaintiff seeks monetary and injunctive relief, including pecuniary and nonpecuniary compensatory and punitive damages on behalf of CP Barrera, CM Rios, CM Iniguez, CM Ortuño, CM Guzman, and other similarly situated individuals.

## JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

1

2

42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil

Rights Act of 1991, 42 U.S.C. §1981a.

3

4

5

6

2.      The employment practices alleged to be unlawful were committed

within the jurisdiction of the United States District Court for the Eastern District of

Washington.

7

8

PARTIES

9

10

11

12

13

14

3.      Plaintiff, the Equal Employment Opportunity Commission (the

"Commission"), is the agency of the United States of America charged with the

administration, interpretation and enforcement of Title VII, and is expressly

authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-

5(f)(1).

15

16

17

18

4.      At all relevant times, defendant Roy Farms has been a corporation

continuously doing business in the State of Washington and has continuously had

at least 15 employees.

19

20

21

22

5.      At all relevant times, defendant Roy Farms has continuously been an

employer engaged in an industry affecting commerce within the meaning of

Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

23

24

25

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, CP Barrera filed a charge with the Commission alleging violations of Title VII by defendant Roy Farms. The Commission issued a Letter of Determination for the charges and conciliation failed. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      From at least October 2008 until at least early 2011, defendant Roy Farms engaged in unlawful employment practices at its facilities in Moxee, Washington in violation of §§ 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a).  The practices include subjecting CP Barrera, CM Rios, CM Iniguez, CM Ortuño, CM Guzman, and other similarly situated male employees to a hostile, abusive, intimidating, and offensive work environment because of sex; resulting in the constructive discharge of CP Barrera.

8.      The practices complained of in paragraph 7 by CP Barrera, CM Rios, CM Iniguez, CM Ortuño, CM Guzman, and other similarly situated male employees were carried out by the Orchard Supervisor and crew leads at Defendant Roy Farms.  The practices complained of are including but not limited to the Orchard Supervisor referring to CP Barrera using derogatory and sexually charged words and derogatory slurs usually used against women.  The Orchard

COMPLAINT- Page 4 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Supervisor frequently threatened Barrera that he would sexually assault him if Barrera did not complete his work to the Orchard Supervisor's satisfaction. The Orchard Supervisor subjected Barrera to unwanted touching and displayed his [the Orchard Supervisor's] own genitals to Barrera, making unwanted comments and requests.

Barrera complained about the Orchard Supervisor's offensive and unwelcome conduct to one or more other managers, and one or more other managers witnessed or knew about his offensive conduct toward Barrera, but Defendant failed to prevent or remedy the hostile work environment. The Orchard Supervisor's offensive conduct continued unabated, resulting in conditions so intolerable that Barrera was forced to resign his position on or about September 9, 2010, thereby resulting in his constructive discharge.

9.      The practices complained of in paragraphs 7 and 8 include but are not limited to the Orchard Supervisor referring to Rios by derogatory names and threatening Rios with sexual assault if he did not complete assigned work tasks to the Orchard Supervisor's satisfaction. The Orchard Supervisor frequently made insinuations that Rios was involved in a romantic relationship with Barrera, which was untrue. Rios witnessed the Orchard Supervisor touch male employees in a sexual manner, and also was the subject of unwanted sexual touching.

COMPLAINT- Page 5 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

10.     The practices complained of in paragraphs 7 and 8 include, but are

not limited to, the Orchard Supervisor threatening Guzman with sexual assault if

he did not adequately perform his job duties.  The Orchard Supervisor subjected

Guzman to unwanted sexual touching and asked Guzman to touch his (the Orchard

Supervisor's) genitals when the Orchard Supervisor urinated in public in view of

Guzman.  Guzman witnessed the Orchard Supervisor threaten other male

employees with sexual assault.

11.     The practices complained of in paragraphs 7 and 8 include, but are not

limited to, the Orchard Supervisor threatening Ortuño with sexual assault if he did

not adequately perform his job duties.  The Orchard Supervisor subjected Ortuño

to unwanted sexual touching. Ortuño witnessed the Orchard Supervisor make

degrading comments of a sexual nature to other male employees and threaten other

male employees with sexual assault.

12.     The practices complained of in paragraphs 7 and 8 include, but are not

limited to, the Orchard Supervisor threatening Iniguez with sexual assault if he did

not adequately perform his job duties.  The Orchard Supervisor subjected Iniguez

to unwanted sexual touching and asked Iniguez to touch his (the Orchard

Supervisor's) genitals when the Orchard Supervisor urinated in public in view of

Iniguez.  The Orchard Supervisor referred to Iniguez using derogatory names.

**COMPLAINT-** Page 6 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Iniguez witnessed the Orchard Supervisor threaten other male employees with sexual assault.

13.    Defendant Roy Farms did not provide CP Barrera, CMs and other similarly situated individuals with effective training or policies about sexual harassment and how to report it.

14.    The effect of the practices complained of in paragraphs 7 -13 above has been to deprive CP Barrera, CM Rios, CM Iniguez, CM Ortuño, CM Guzman, and other similarly situated individuals of equal employment opportunities.

15.    The unlawful employment practices complained of in paragraphs 7-13 above were intentional.

16.    The unlawful employment practices complained of in paragraphs 7-13 above were done with malice or with reckless indifference to the federally protected rights of the CP, CMs and other similarly situated individuals.

<u>PRAYER FOR RELIEF</u>

Wherefore, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

B.      Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendant to make CP Barrera whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices described in paragraphs 7-8 above in amounts to be determined at trial.

D.      Order defendant to make whole CP Barrera by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7-8 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E.      Order defendant to make whole CP Barrera, CM Rios, CM Iniguez, CM Ortuño, CM Guzman, and other similarly situated individuals by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 7-13 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1

      F.      Order defendant to pay CP Barrera, CM Rios, CM Iniguez, CM

2

Ortuño, CM Guzman, and other similarly situated individuals punitive damages for

3

4

its malicious and reckless conduct described in paragraphs 7-13 above, in amounts

5

to be determined at trial.

6

      G.      Grant such further relief as the Court deems necessary and proper in

7

the public interest.

8

9

            H.      Award the Commission its costs of this action.

10

/ / /

11

/ / /

12

/ / /

13

/ / /

14

/ / /

15

/ / /

16

/ / /

17

/ / /

18

/ / /

19

/ / /

20

/ / /

21

/ / /

22

/ / /

23

/ / /

24

/ / /

25

**COMPLAINT-** Page 9 of 10

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6883**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

1

<u>JURY TRIAL DEMAND</u>

2

The Commission requests a jury trial on all questions of fact raised by its

3

complaint.

4

5

DATED this 28th day of September, 2012.

6

7

WILLIAM R. TAMAYO                           P. DAVID LOPEZ
Regional Attorney                           General Counsel

8

9

JOHN STANLEY                                JAMES L. LEE
Supervisory Trial Attorney                  Deputy General Counsel

10

11

CARMEN FLORES                               GWENDOLYN Y. REAMS
Senior Trial Attorney                       Associate General Counsel

12

13

14

BY: ___/s/ William R. Tamayo_____

15

EQUAL EMPLOYMENT OPPORTUNITY

16

COMMISSION

17

Seattle District Office                     Office of the General Counsel
909 First Avenue, Suite 400                 131 M Street N.E., 5th Floor

18

Seattle, Washington 98104                   Washington, D.C. 20507
Telephone (206) 220-6853

19

Attorneys for Plaintiff

20

21

22

23

24

25

**COMPLAINT-** Page 10 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882