UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,<br><br>          Plaintiff,<br><br>MARTIN BARRERA,<br><br>          Plaintiff-Intervenor,<br><br>     v.<br><br>ROY FARMS, INC.,<br><br>          Defendant. | NO: 12-CV-3117-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is a Stipulation of Voluntary Dismissal filed by Plaintiff-Intervenor Martin Barrera and Defendant Roy Farms, Inc. (ECF No. 81). Pursuant to the parties' stipulation, the claims asserted by Plaintiff-Intervenor Barrera will be dismissed with prejudice and without an award of fees or costs to either party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  As the

ORDER OF DISMISSAL ~ 1

claims asserted by the EEOC were previously dismissed via a stipulated Consent Decree (ECF No. 80), the Court will order that the file be closed.

**IT IS HEREBY ORDERED:**

All claims and causes of action asserted by Plaintiff-Intervenor Barrera are hereby **DISMISSED** with prejudice and without an award of fees or costs to either party.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** March 17, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2